UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                          Criminal No.  6:16-cr-23-GFVT

ANIS CHALHOUB, M.D.,

    *Defendant.*

---

## DEFENDANT'S REPLY IN SUPPORT OF
## MOTION FOR JURY QUESTIONNAIRE

---

    Comes the defendant, Anis Chalhoub, M.D., by counsel, and for his reply memorandum in support of the defendant's Motion for Jury Questionnaire, states as follows:

    Dr. Chalhoub does not question that the use of a jury questionnaire is a matter committed to the discretion of the Court.  It certainly is.  Dr. Chalhoub would point out that the proposed jury questionnaire submitted by the defendant is drawn largely from an <u>agreed</u> questionnaire purposed jointly by the parties in *United States v. Paulus*.

    The government suggests that the matters addressed in the proposed questionnaire can be more appropriately addressed during *voir dire.*  Frankly, one reason for suggesting the use of a jury questionnaire was to expedite jury selection.  If the proposed questionnaire (or one similar) is not approved and used, all of the subject matter areas in the questionnaire will have to be addressed during *voir dire,* which will significantly lengthen jury selection.

Similarly, the government suggests that the Court can avoid taint to the jury panel by addressing sensitive matters at the bench during *voir dire* making the questionnaire unnecessary. Certainly it is expected that the Court would address sensitive matters at the bench. But that does not eliminate the risk of jurors who may be biased for or against one party or the other, expressing that bias in the presence of other members of the jury panel, but outside the presence of the Court. The use of a juror questionnaire would allow the Court and the parties to identify potential jurors who may carry a bias prior to trial and prior to convening the jury panel together.

Finally, the government contends that the mere fact that Dr. Chalhoub has not practiced cardiology in the London area since 2013 makes it unlikely that jurors will know about him or litigation involving him. With all due respect, this is a naive notion. Publicity about the civil claims against the hospital and local physicians (some of whom still practice in the community), and the government's own False Claims Act action, was significant to say the least. Even more, newspaper advertisements and billboards appeared which were sponsored by plaintiffs' attorneys looking for plaintiffs to sue Dr. Chalhoub and other local doctors referenced in the jury questionnaire, as well as St. Joseph Hospital-London. Civil cases against Dr. Chalhoub lingered after he left London in 2013, and at least three cases involving Dr. Chalhoub were tried in 2014, 2015, and 2016. To suggest that the jurors will not quickly recall the significant publicity and "talk" about the local hospital and local physicians arising out of the lawsuits and investigations, is simply not realistic.

Dr. Chalhoub feels strongly that a fair jury can be selected in the London division, but he also feels strongly that the use of the proposed jury questionnaire will be important to the selection of a fair and impartial jury.

WHEREFORE, the defendant, Anis Chalhoub, M.D., respectfully requests that the Court approve the use of the proposed jury questionnaire.

Respectfully submitted,

TRUE GUARNIERI AYER, LLP


 /s/ J. Guthrie True
J. Guthrie True
Whitney True Lawson
124 West Clinton Street
Frankfort, KY  40601
Telephone:  (502) 605-9900
Facsimile:  (502) 605-9901
E-mail: gtrue@truelawky.com

William Gary Crabtree
120 E. Fourth Street
London, KY 40741
606-878-8888
Fax: 606-878-8899

Nicole Elver
2100 Waterfront Plaza
321 W. Main Street
Louisville, KY 40202

Counsel for Defendant


**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 6th day of February, 2018, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

 /s/ J. Guthrie True
Counsel for Defendant, Anis Chalhoub M.D.